United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ARITSAY MATOS-TITO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01076 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1).

In the petition, there are references to a detainee who is not the named petitioner. The named petitioner is Aritsay Matos-Tito, however, the petition also lists Leonardo Herrera-Garcia as a party. (*See* Dkt. No. 1 at 1, 7). Mr. Herrera-Garcia appears to be a different detained noncitizen. Additionally, various pronouns throughout the petition vary between he and she. The Court must verify that the petition correctly states the parties in this case and that all stated facts about those parties are accurate.

Accordingly, the Court **GRANTS** Petitioner leave to amend her petition **by June 18, 2026**. Alternatively, Petitioner should clarify these discrepancies by filing supplemental briefing **by June 18, 2026**.

It is so **ORDERED**.

**SIGNED** on June 12, 2026.

_____
John A. Kazen
United States District Judge