United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ARITSAY MATOS-TITO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01076** |
| | § | |
| **MARKWAYNE MULLIN, *et al*.,** | § | |
| **Respondents.** | § | |

**ORDER TO SHOW CAUSE**

The Court ordered Respondents to release Petitioner by October 16, 2026, at 5:00 p.m., and the parties were ordered to notify the Court of the status of Petitioner's release by October 20, 2026, at 5:00 p.m. (Dkt. No. 14). No party filed any advisory. Thus, the parties are **ORDERED** to **SHOW CAUSE** for their failure to comply. **By October 22, 2026, at 5:00 p.m.**, the parties shall file a joint advisory stating the status of Petitioner's release and showing cause for their failure to comply with the Court's prior order.

It is so **ORDERED**.

**SIGNED** on October 21, 2026.

John A. Kazen
United States District Judge